UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUGHES,<br><br>        Plaintiff,<br><br>    v.<br><br>DONNY YOUNGBLOOD and SARAH GONZALEZ,<br><br>        Defendants. | Case No. 1:19-cv-01249-JDP<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION<br><br>ECF No. 10<br><br>ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL<br><br>ECF No. 11 |

    Plaintiff is proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff moves for a second extension of time, to file his first amended complaint. ECF No. 10. For good cause shown, plaintiff's motion for an extension is granted. ECF No. 10. He may have until June 26, 2020, to file his first amended complaint.

    Plaintiff also filed a motion for an attorney because the coronavirus outbreak has caused the prison to deny him access to the law library. ECF No. 11. Plaintiff's predicament is not unique, and the court is not able to seek volunteer counsel for every civil detainee engaging in civil litigation. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997) (allowing courts to request volunteer counsel only in exceptional circumstances). However, should plaintiff need more time to file his amended complaint beyond June 26, 2020, plaintiff my file another motion

for extension at that time.  Thus, plaintiff's motion to appoint counsel is denied without prejudice. ECF No. 11.

IT IS SO ORDERED.

Dated: April 11, 2020

UNITED STATES MAGISTRATE JUDGE

No. 204.