UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUGHES,<br><br>        Plaintiff,<br><br>    v.<br><br>DONNY YOUNGBLOOD, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-01249-JDP<br><br>ORDER GRANTING IN PART PLAINTIFF'S THIRD MOTION FOR EXTENSION<br><br>ECF No. 13<br><br>FIRST AMENDED COMPLAINT DUE IN FORTY-FIVE DAYS |

      Plaintiff seeks a third extension to file his first amended complaint, asking for his court-ordered deadline to be extended until the first of the year. ECF No. 13. While the court is sympathetic to the fact that plaintiff does not currently have access to the law library, such a long extension would be extraordinary. Therefore, the court grants his motion in part, and allows plaintiff an additional 45 days to file a first amended complaint. Because plaintiff appears to have been deprived of access to the law library even though he has a pending court deadline, this order will be served upon the litigation coordinator at his institution of confinement. If plaintiff continues to be denied access to the library up to his new deadline, he should file another motion for extension.

      Accordingly,

    1. Plaintiff's motion for extension of time, ECF No. 13, is granted in part as stated herein.

2. The clerk's office shall serve a copy of this document on the Litigation Coordinator at plaintiff's institution of confinement.

3. The Litigation Coordinator's assistance is requested in facilitating plaintiff's meaningful access to the law library so that plaintiff can meet his court-ordered deadline, to the extent doing so is consistent with institutional order and security.

IT IS SO ORDERED.

Dated:   June 29, 2020                            _____
                                                  UNITED STATES MAGISTRATE JUDGE

No. 204.