UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUGHES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONNY YOUNGBLOOD and SARAH GONZALEZ,<br><br>　　　　Defendants. | No. 1:19-cv-01249-AWI-HBK (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION**<br><br>(Doc. No. 20) |

　　　　Plaintiff John Hughes is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 19, 2020, the then assigned magistrate judge issued a screening order under 28 U.S.C. § 1915A and determined Plaintiff's complaint failed to state a claim.  Doc. No. 6 at 1. The Court ordered Plaintiff to file an amended complaint within thirty (30) days and warned him that failure to do so would result in this matter's dismissal.  Id. at 5, ¶¶ 4-6.  Plaintiff sought and received multiple extensions to amend his complaint.  Doc. Nos. 8, 9, 10, 12, 13, 14.  Despite these extensions Plaintiff failed to file an amended complaint.  On March 15, 2021, the court afforded Plaintiff a final twenty-one-day period within which to file his amended complaint before recommending dismissal of the action.  Doc. No. 18.  On March 22, 2021, that order was returned as "Undeliverable, Refused/Paroled."  On March 24, 2021, a second attempt to serve the

order was also returned as "Undeliverable, Refused."

On June 11, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this case be dismissed without prejudice due to Plaintiff's failure to prosecute this action and failure to update his address of record, to the extent he has been transferred or released. Doc. No. 20. The judge provided Plaintiff 14 days to file objections to the findings and recommendations. Id. at 5. Plaintiff has not filed any objections, and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on June 11, 2021 (Doc. No. 20) are ADOPTED in full;

2. This action is DISMISSED for lack of prosecution; and,

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 1, 2021

_____
SENIOR DISTRICT JUDGE

2